AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America  )
v.  )
Fredrick R. Croffer  )   Case No: 8:08CR439
 )   USM No: 22850-047
Date of Original Judgment: 07/24/2009  )
Date of Previous Amended Judgment: 12/15/2009  )   David R. Stickman
*(Use Date of Last Amended Judgment if Any)*     *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   120   months **is reduced to**   52 months/time served   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   12/15/2009   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  02/11/2015

*Judge's signature*

Effective Date:  02/11/2015      Laurie Smith Camp, Chief U.S. District Judge
*(if different from order date)*        *Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Fredrick R. Croffer
CASE NUMBER: 8:08CR439
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 25     Amended Total Offense Level: 21
Criminal History Category: VI     Criminal History Category: VI
Previous Guideline Range: 120 to 137 months     Amended Guideline Range: 77 to 96 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

The Defendant's Motion for Sentence Reduction (Filing No. 262) is granted and the parties' Stipulation (Filing No. 263) is approved.

Pursuant to the 2011 Crack Cocaine Guideline Amendment (utilizing the 2013 United States Sentencing Guideline Manual), Mr. Croffer has a newly calculated range of 77-96 months. His total offense level of 21 takes into account his responsibility for at least 50 grams of crack cocaine, a two level reduction for his minor role, and a three level reduction for acceptance of responsibility. Mr. Croffer previously received a departure (32%) for substantial assistance. Pursuant to Amendment 780 to U.S.S.G. § 1B1.10, he is eligible for a similar reduction from his newly calculated guideline range.

Mr. Croffer's sentence of 82 months is now reduced to 52 months. This reduction is not made pursuant to Amendment No. 782, therefore Mr. Croffer is eligible for immediate release and is not subject to the special instruction at U.S.S.G. 1B1.10(e)(1).